AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:26-cv-02574-JEP-SJN

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Richard D. Comerford, Secretary of FDOC was received by me on *(date)* 9.28.2026 .

☐ ~~I personally served the summons on the individual at~~ *(place)* FL Department of Corrections on *(date)* 9.28.2026 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ______ , a person of suitable age and discretion who resides there, on *(date)* ______ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* ______ , who is designated by law to accept service of process on behalf of *(name of organization)* Florida Department of Correction on *(date)* 9.28.2026 ; or

☒ I returned the summons unexecuted because PER: Aman Dhaliwal, Esq. ; or

☐ Other *(specify)*: Summons could not be accepted due to incorrect address. Correct address is: Florida Department of Corrections 501 S. Calhoun St Tallahassee, FL 32399

My fees are $ ______ for travel and $ ______ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 9/28/2026

Daniel J. Ashton [signature]
*Server's signature*

Chief Investigator
*Printed name and title*

227 N. Bronough Street, 4200
Tallahassee, FL 32301
*Server's address*

Additional information regarding attempted service, etc: