AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:26-cv-02574-JEP-SJH

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* James Uthmeier
was received by me on *(date)* 9/24/26 .

❐ I personally served the summons on the individual at *(place)* 107 West Gaines Street Tallahassee, FL 32301 on *(date)* 9/28/26 ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* ______, a person of suitable age and discretion who resides there, on *(date)* ______, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Chrystal Hardwood , who is designated by law to accept service of process on behalf of *(name of organization)* Attorney General of Florida on *(date)* 9/28/26 ; or

❐ I returned the summons unexecuted because ______ ; or

❐ Other *(specify)*:

My fees are $ ______ for travel and $ ______ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 9/28/26

[signature]
*Server's signature*

Daniel J. Ashton - Chief Investigator
*Printed name and title*

227 N. Bronough St, 4200, TLH, FL 32301
*Server's address*

Additional information regarding attempted service, etc: