AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:26-cv-02574

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Angel Acevedo, MD
was received by me on *(date)* 9/29/26.

☐ I personally served the summons on the individual at *(place)* ______________________ on *(date)* __________; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* __________, a person of suitable age and discretion who resides there, on *(date)* __________, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Karen Starlin Cox, who is designated by law to accept service of process on behalf of *(name of organization)* Angel Acevedo on *(date)* 9/29/26; or

☐ I returned the summons unexecuted because __________; or

☐ Other *(specify)*:

My fees are $ ______ for travel and $ ______ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 9/29/26

[signature]
*Server's signature*

Bjorn Brunvand, Atty.
*Printed name and title*

615 Turner St. Clearwater, FL 33756
*Server's address*

Additional information regarding attempted service, etc: