**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

WILLIAM LEE THOMPSON,

Plaintiff,

v.

**CASE NO.:** 3:26-cv-2574-JEP-SJH

SECRETARY, FLORIDA DEPARTMENT
OF CORRECTIONS, et al.,

Defendants.
_______________________________/

**DEFENDANT, CENTURION OF FLORIDA, LLC'S, UNOPPOSED MOTION TO SEAL**

Defendant, Centurion of Florida, LLC ("Centurion"), by and through undersigned counsel, respectfully moves to seal the Court's Order Directing Service of Process Upon Defendants (Doc. 10) and submits as follows:

On September 25, 2026, Plaintiff filed his Complaint, asserting claims against Centurion and its medical providers, amongst others, for purported deliberate indifference. (Doc. 1). On September 28, 2026, the Court entered an Order directing service of process upon Defendants. (Doc. 10). The Order includes the personal home addresses of the various Centurion medical Defendants. (*Id*. at p. 2). Thus, Centurion respectfully requests that the Court seal its Order to prevent the public disclosure of the personal home addresses of the individual medical defendants.

Trial courts have the inherent authority and discretion to seal. *Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 598 (1978). Decisions on motions to seal must balance the public's common law right of access against the interests favoring confidentiality. *See id.* at 597-99; *Chicago Tribune Co. v. Bridgestone/Firestone, Inc.*, 263 F.3d 1304, 1310-12 (11th Cir. 2001). Florida law has provided that some information relative to inmates and correctional staff should be protected. This includes information considered to be sensitive and confidential such as such as home addresses, personal telephone numbers, dates of birth, and social security numbers. *Calhoun v. Volusia Cnty.*, No. 604-CV-106-ORL-31DAB, 2007 WL 737563, at *1 (M.D. Fla. Mar. 7, 2007). Florida Courts have held that such information should not be disclosed to the public. *Maharaj v. GEICO Cas. Co.,* 289 F.R.D. 666, 673–74 (S.D. Fla. 2013), aff'd, No. 12-80582-CIV, 2013 WL 1934075 (S.D. Fla. Apr. 5, 2013). Accordingly, Centurion respectfully moves for an Order sealing the Order Directing Service of Process Upon Defendants (Doc. 10) to protect the individual medical defendants from disclosure of their personal home addresses to the public.

WHEREFORE, Centurion respectfully requests this Court enter an Order granting this motion and sealing its' Order Directing Service of Process Upon Defendants (Doc. 10), together with any such further relief as this Court deems just and proper.

## Local Rule 3.01(g) Certification

Undersigned counsel certifies that she has conferred with counsel for Plaintiff who advised that they do not oppose this Motion or the requested relief herein.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on **September 30, 2026**, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will provide electronic notification of filing to counsel of record.

/s/ *Rachel E. Eilers*

Ethen R. Shapiro (FBN 669881)
Ethen.Shapiro@hwhlaw.com
Rachel E. Eilers (FBN 1019587)
Rachel.Eilers@hwhlaw.com
Hill Ward Henderson
P.O. Box 2231
Tampa, FL 33601-2231
(813)221-3900
(813)221-2900 – facsimile
*Attorneys for Defendant, Centurion of Florida, LLC.*