UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

WILLIAM LEE THOMPSON,

Plaintiff,

v. Case No. 3:26-cv-02574-JEP-SJH

RICHARD D. COMERFORD, in his official capacity as Secretary of the Florida Department of Corrections, *et al.*,

Defendants.
_______________________________________/

**NOTICE OF APPEARANCE**

Notice is hereby given that Cameron G. Kynes, attorney with the law firm of Gunster, Yoakley & Stewart, P.A., is entering his appearance as counsel for Richard D. Comerford, Randall L. Polk, and Ron Desantis.

Dated: October 19, 2026

GUNSTER YOAKLEY & STEWART, P.A.

*/s/ Cameron G. Kynes*
Cameron G. Kynes
Florida Bar No. 116711
1 Independent Drive, Suite 2300
Jacksonville, Florida 32202-5185
P: (904) 354-1980 F: (904) 354-2170
Email: ckynes@gunster.com
Secondary: jglus@gunster.com

*Attorney for Richard D. Comerford, Randall L. Polk, and Ron DeSantis*

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 19, 2026, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

*/s/ Cameron G. Kynes*
Attorney